# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

1) Cingular 8125 Cellular Telephone
FCC: NM8WZ
Serial Number: HT625ED03503

SEARCH WARRANT

CASE NUMBER:

'07 MJ 2719

FILED
07 DEC 14 PM 3:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: __John Mizusawa__ and any Authorized Officer of the United States

Affidavit having been made before me by John Mizusawa who has reason to believe that on the premises known as

  See Attachment "A"

in the Southern District of California there is now concealed a certain person or property namely

  See Attachment "B"

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant based on alleged violations of: (1) Title 21, United States Code, Sections 952 and 960, importation of a controlled substance, and (2) Title 21, United States Code, Sections 841 (a)(1), Possession of a controlled substance with intent to distribute, (3) Title 21 United States Code Section 846, attempt and conspiracy.

YOU ARE HEREBY COMMANDED to search on or before __11/30/07__
                                  Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 a.m. to 10:00 p.m.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____, UNITED STATES MAGISTRATE JUDGE__ as required by law.
United States District Court Judge or United States Magistrate Judge

__11/20/07 @ 3:17 p.m.__ at __San Diego, CA__
Date and Time Issued        City and State

UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer    Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| November 20, 2007 | November 26, 2007    10:00 AM | |

INVENTORY MADE IN THE PRESENCE OF
Digital Forensic Agent (DFA) Andrew Chace

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Cingular 8125 Mobile Cellular Device:
Phone number (619) 920-3997

Phone Book Contact information
Several hundred contacts, including phone numbers and e-mail addresses.
Recent Calls
Photographs
Word Documents

MiniSD Memory Card Analysis
Photographs and videos

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

*Barbara L. Major*
U.S. Judge or Magistrate

12/14/07
Date

## Attachment A

<u>DESCRIPTION OF PROPERTY TO BE SEARCHED:</u>

Item 1: Cingular 8125 Cellular Telephone. This telephone is identified by FCC number NM8WZ, serial number HT625ED03503. The cellular telephone is presently in the custody ICE Seized Property Specialist Jobert Mata.

Attachment B

<u>LIST OF ITEMS TO BE SEIZED</u>:

Any and all electronically stored information found during the search of the property listed in Attachment A, including telephone numbers of incoming and outgoing calls stored in the call registry, telephone numbers and corresponding names to those numbers in the cellular telephone's address book, any incoming and outgoing text messages related to controlled substances or narcotics smuggling, and/or stored photographic images related to controlled substances or narcotics smuggling, and telephone subscriber information.